UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CORY MESTER,

     Plaintiff,

v.                                                                                    Case No: 6:25-cv-2224-JSS-LHP

BROCKMAN SITE DEVELOPMENT,
LLC,

     Defendant.

_____/

## **ORDER**

The parties have filed a joint stipulation of dismissal without prejudice.  (Dkt. 23.)  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared.").  Rule 41(a)(1)(A)(ii) "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal."  *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023).  Here, all the parties that have appeared signed the stipulation through their legal counsel.  (Dkt. 23.)  Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly, this case is **DISMISSED without prejudice**.  Each party will bear its own attorney fees and costs.  Any pending motions are **DENIED** as moot, and the Clerk is **DIRECTED** to terminate all deadlines and to close this case.

**ORDERED** in Orlando, Florida, on June 8, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record